## STATE v. BOARD OF EDUCATION OF CITY OF DULUTH.[1]

June 30, 1916.

Nos. 19,796—(194).

**Case followed.**

In proceedings in the district court for St. Louis county to enforce payment of taxes on real estate remaining delinquent on the first Monday in January, 1915, the board of education of the city of Duluth interposed its separate answer with respect to a certain parcel of land occupied by the Fond du Lac school. The facts were stipulated. The matter was heard before Cant, J., who found that the land was exempt from taxation and from city assessments and ordered judgment in favor of the board of education, canceling certain assessments against the property. From the judgment entered pursuant to the order for judgment, the state (county and city) appealed. Affirmed.

*Charles E. Adams,* County Attorney, *John E. Samuelson* and *Leonard McHugh,* City Attorneys, for appellant.

*Baldwin, Baldwin & Holmes,* for respondent.

PER CURIAM.

This case is ruled by the case of State v. Board of Education of City of Duluth, supra, page 386, 158 N. W. 635. For the reasons stated in the opinion in that case the judgment appealed from in this case is affirmed.

---

## STATE v. BOARD OF EDUCATION OF CITY OF DULUTH.[1]

June 30, 1916.

Nos. 19,797—(195).

**Case followed.**

In proceedings in the district court for St. Louis county to enforce payment of taxes on real estate remaining delinquent on the first Monday in January, 1915, the board of education of the city of Duluth interposed its separate answer with respect to a certain parcel of land occupied by the Lincoln school. The facts were stipulated. The matter was heard before Cant, J., who found that the land was exempt from taxation and from city assessments and

[1] Reported in 158 N. W. 637.